# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| F. ZACHERL, INC. | : | No. 53 WAL 2016 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| FLAHERTY MECHANICAL | : | |
| CONTRACTORS, LLC, WEST | : | |
| ALLEGHENY SCHOOL DISTRICT AND | : | |
| INTERNATIONAL FIDELITY INSURANCE | : | |
| COMPANY | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: WEST ALLEGHENY | : | |
| SCHOOL DISTRICT | : | |
| | | |
| F. ZACHERL, INC., | : | No. 54 WAL 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Cross Petition for Allowance of Appeal |
| | : | from the Order of the Commonwealth |
| v. | : | Court |
| | : | |
| | : | |
| | : | |
| FLAHERTY MECHANICAL | : | |
| CONTRACTORS, LLC, WEST | : | |
| ALLEGHENY SCHOOL DISTRICT AND | : | |
| INTERNATIONAL FIDELITY INSURANCE | : | |
| COMPANY, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 16th day of August, 2016, the Petition for Allowance of Appeal, the Cross-Petition for Allowance of Appeal, and the Petition for Leave to File a Reply Brief at 54 WAL 2016 are **DENIED**.